1  KELLEY DRYE & WARREN LLP
   Andrew M. White (STATE BAR NO. 60181)
2  David E. Fink (STATE BAR NO. 169212)
   Hajir Ardebili (STATE BAR NO. 224624)
3  10100 Santa Monica Boulevard, Twenty-Third Floor
   Los Angeles, California 90067-4008
4  Telephone: (310) 712-6100
   Facsimile: (310) 712-6199
5  awhite@kelleydrye.com
   dfink@kelleydrye.com
6  hardebili@kelleydrye.com

7  Attorneys for Defendant and
   Counterclaimant Ralph Lauren
8  Corporation

9  [ADDITIONAL PARTIES LISTED ON
   STIPULATION SIGNATURE PAGES]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE INDIGO GROUP USA, INC., a California corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware corporation,<br><br>             Defendant.<br><br>RALPH LAUREN CORPORATION, a Delaware corporation,<br><br>             Counterclaimant,<br><br>       v.<br><br>THE INDIGO GROUP USA, INC., a California corporation; JOHN KANG, an individual, and DOES 1 through 10 inclusive,<br><br>             Counterdefendants. | CASE NO. LA CV 11-5883 JHN (CWx)<br><br>[Hon. Jacqueline H. Nguyen]<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>**DISCOVERY MATTER**<br><br>[Fed. R. Civ. P. 26(c); L.R. 7-1]<br><br>The Honorable Carla Woehrle<br>U.S. Magistrate Judge<br><br>[*[Proposed] Stipulated Protective Order filed concurrently herewith*]<br><br>Action Filed:   July 18, 2011<br>Trial Date:     September 25, 2012 |

299240.1.doc

1 | Having reviewed the [Proposed] Stipulated Protective Order, this Court finds
2 | that good cause exists for a Protective Order on the terms and conditions stipulated
3 | by the parties.
4 |
5 | **GOOD CAUSE EXISTING THEREFOR, IT IS SO ORDERED:**
6 |
7 | DATED:  March 15, 2012                                    */s/*
8 |                                                           _____
9 |                                                           The Honorable Carla Woehrle
  |                                                           U.S. Magistrate Judge

299240.1.doc

[PROPOSED] PROTECTIVE ORDER